Approved.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
9/30/2021

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | CASE NO. 1:21cv1077 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN A. POLSTER |
| | ) | |
| vs. | ) | |
| | ) | |
| **ST. EDWARD HIGH SCHOOL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## Notice of Voluntary Dismissal Without Prejudice

Now comes Plaintiff, John Doe, by and through undersigned counsel, and pursuant to Fed. Civ. R. 41(a)(1)(A)(i) hereby provides notice of dismissal of all claims without prejudice.

Respectfully Submitted,

**Brennan, Manna & Diamond, LLC**

*/s/Jeffrey C. Miller*
Jeffrey C. Miller (0068882)
Donald W. Davis Jr. (0030559)
200 Public Square, Suite 3270
Cleveland, Ohio 44114
Phone: (216) 658-2155
Fax: (216) 658-2156
Email: jcmiller@bmdllc.com

*Counsel for Plaintiff*